01

02

03

04          UNITED STATES DISTRICT COURT
          WESTERN DISTRICT OF WASHINGTON
05                   AT SEATTLE

06  RONALD L. BASKETT,                   )   CASE NO.: C07-1020-RSL-MAT
                                         )
07          Petitioner,                  )
                                         )
08  v.                                   )   ORDER RE: PETITIONER'S
                                         )   PENDING MOTIONS
09  DOUG WADDINGTON,                     )
                                         )
10          Respondent.                  )
    _____     )

11

12          This is a federal habeas action which is proceeding under 28 U.S.C. § 2254.  Petitioner has

13  filed a number of motions which are currently pending before the Court.  The Court, having

14  reviewed each of petitioners' pending motions, and the balance of the record, does hereby find and

15  ORDER as follows:

16          (1)     Petitioner's motion for leave to reargue (Dkt. No. 32) is DENIED.  Petitioner

17  indicates in his motion that he is merely seeking to reargue one of the claims set forth in his federal

18  habeas petition.  However, a review of the motion suggests that petitioner is actually seeking to

19  present new grounds for relief.  If petitioner wishes to amend his petition to present additional

20  grounds for relief, he must first submit to the Court a motion to amend his petition together with

21  a proposed amended petition.

22          (2)     Petitioner's motion for leave to amend his complaint (Dkt. No. 34) is DENIED.

ORDER RE: PETITIONER'S PENDING MOTIONS
PAGE -1

01 While petitioner indicates in the instant motion that he is seeking leave to amend, the arguments

02 set forth in the motion appear unrelated to the issue of amendment.  The motion appears to simply

03 detail some of the procedural history of petitioner's state court habeas proceedings.  Because it is

04 unclear from the motion the precise nature of the relief petitioner seeks, the Court will take no

05 further action with respect to the motion.  If petitioner can clarify is request for relief, he may re-

06 file his motion.

07     (3)    Petitioner's motion to reargue the magistrate judge's ruling (Dkt. No. 35) is

08 DENIED.  Petitioner appears to be challenging in the instant motion this Court's ruling that

09 petitioner's federal habeas petition is properly construed as one brought under 28 U.S.C. § 2254

10 rather than as one brought under 28 U.S.C. § 2241.  ( *See* Dkt. No. 30.)  Petitioner fails to

11 demonstrate any error in this Court's prior ruling.  Accordingly, petitioner's motion must be

12 denied.

13     (4)    Petitioner's first motion to substitute parties (Dkt. No. 39) is STRICKEN.

14 Petitioner seeks leave to substitute the superintendent of the Cedar Creek Corrections Center as

15 the respondent in this action.  However, petitioner is apparently no longer confined at the Cedar

16 Creek Corrections Center.  Accordingly, this motion is moot.

17     (5)    Petitioner's second and third motions to substitute parties (Dkt. Nos. 44 and 48)

18 are GRANTED.  Petitioner seeks to substitute his current custodian, Doug Waddington, as the

19 respondent in this action.  The Clerk is directed to terminate Maggie Miller-Stout as the

20 respondent in this action and to substitute in Doug Waddington.

21 / / /

22 / / /

01       (6)     The Clerk is directed to send copies of this Order to petitioner, to counsel for

02  respondent, and to the Honorable Robert S. Lasnik.

03       DATED this <u>2nd</u> day of November, 2007.

04

05                              Mary Alice Theiler
                               United States Magistrate Judge

06

07

08

09

10

11

12

13

14

15

16

17

18

19

20

21

22

ORDER RE: PETITIONER'S PENDING MOTIONS
PAGE -3