01

02

03

04                    UNITED STATES DISTRICT COURT
                   WESTERN DISTRICT OF WASHINGTON
05                            AT SEATTLE

06 RONALD L. BASKETT,                    )    CASE NO.: C07-1020-RSL-MAT
                                         )
07        Petitioner,                    )
                                         )
08     v.                                )    ORDER GRANTING
                                         )    RESPONDENT'S MOTION FOR
09 DOUG WADDINGTON,                      )    EXTENSION OF TIME
                                         )
10        Respondent.                    )
   _____ )
11

12        The Court, having considered respondent's motion for an extension of time to file her

13 answer, and the balance of the record, does hereby find and ORDER:

14        (1)    Respondent's motion for an extension of time to file her answer to petitioner's

15 habeas corpus petition (Dkt. No. 42) is GRANTED.  Respondent's answer was received by the

16 Court on September 28, 2007, and has been filed.

17        (2)    The Clerk is directed to send copies of this Order to petitioner, to counsel for

18 respondent, and to the Honorable Robert S. Lasnik.

19        DATED this 2nd day of November, 2007.

20

21                                            _____
                                              Mary Alice Theiler
22                                            United States Magistrate Judge

ORDER GRANTING RESPONDENT'S
MOTION FOR EXTENSION OF TIME
PAGE -1